THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHARLES ANEKE**, *et al.*,<br><br>    **Plaintiffs**,<br><br>v.<br><br>**AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.**, *et al.*<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:11-cv-01008-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO COMPEL ARBITRATION AND STAY THE ACTION

Defendants American Express Travel Related Services Company, Inc., American Express Centurion Bank, American Express Bank, FSB and American Express Company (collectively "American Express") hereby move pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), for an Order compelling plaintiffs Charles Aneke ("Aneke"), Christopher Addison ("Addison"), ToLu ToLu ("ToLu") and Rebecca Fasten ("Fasten") (collectively, "Plaintiffs") to arbitrate their claims against American Express on an individual basis and staying the instant action pending completion of the arbitration proceedings.

This Motion is made on the grounds that valid, enforceable and irrevocable agreements to arbitrate exist between each of the Plaintiffs and American Express that encompass the claims brought by Plaintiffs against American Express; and that, pursuant to the arbitration agreements and the FAA, upon election by either Plaintiffs or American Express, Plaintiffs must arbitrate their claims on an individual basis as required by the arbitration provision in their credit card agreements.

-2-

      This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Paul V. Carey, all papers and pleadings on file and upon such other and further evidence and argument as may be presented to the Court in connection with the Motion.

Date: October 14, 2011      Respectfully submitted,

      /s/ David S. Panzer
      David S. Panzer, D.C. Bar No. 470677
      Greenberg Traurig, LLP
      2101 L Street, N.W.
      Suite 1000
      Washington, D.C. 20037
      Tel. (202) 331-3100
      Fax. (202) 331-3101
      panzerd@gtlaw.com

      Julia B. Strickland (admitted *pro hac vice*)
      Stephen J. Newman (admitted *pro hac vice*)
      Jiae Moon (admitted *pro hac vice*)
      Jason S. Yoo (admitted *pro hac vice*)
      Stroock & Stroock & Lavan LLP
      2029 Century Park East
      Los Angeles, CA 90067
      Tel. (310) 556-5800
      Fax. (310) 556-5959
      lacalendar@stroock.com

*Counsel for Defendants American Express Travel Related Services Company, Inc., American Express Centurion Bank, American Express Bank, FSB, and America Express Company*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2011, I served the foregoing **Motion, along with accompanying Proposed Order, and Memorandum of Points and Authorities in Support Thereof**, by filing same via ECF upon the following:

Joseph A. Hennessey
Beins, Goldbert & Hennessey, LLP
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20185
240-235-5040
JHennessey@bghllp.com

Anne T. McKenna
ToomeyMcKenna Law Group, LLC
8 Montrose Avenue
Baltimore, MD 21228
410-627-2715
anne@toomeymckennalaw.com

*Attorneys for Plaintiffs*

                                      /s/ David S. Panzer
                                      David S. Panzer